IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
MISC. NO. 1: 07-MC-18

FILED
CHARLOTTE, NC

MAY 2 2 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE: ALLOCATION OF CRIMINAL AND CIVIL CASES FROM
THE ASHEVILLE, BRYSON CITY, AND SHELBY DIVISIONS
<u>ORDER</u>

The following case assignment allocations will be applied in the Asheville, Bryson City and Shelby Divisions and supercede all other prior orders as they may relate to these divisions. Unless specifically stated otherwise, these case assignment allocations are *effective June 1, 2007.*

1. All Asheville, Bryson City and Shelby Division criminal cases will be assigned to Judge Thornburg.

2. Any criminal case filed in these divisions in which Judge Thornburg must recuse himself due to a conflict shall be assigned first to Judge Voorhees, and then to Judge Whitney, and then to Chief Judge Conrad.

3. Judge Thornburg shall be assigned all civil cases from these divisions, except for death penalty cases which are the subject of a separate order.

4. Any civil case in which Judge Thornburg has a conflict shall be reassigned in the following order taking into consideration potential conflicts: Senior Judge Mullen, Judge Voorhees, Judge Whitney, and then Chief Judge Conrad.

5. Judge Thornburg shall continue to be assigned all 28 U.S.C. § 2255 actions in which he was the presiding judge in the underlying criminal case.

6. Senior Judge Mullen shall be assigned all prisoner pro se cases filed pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2254 (non-death penalty cases).

7. Non-consent civil cases are referred to Magistrate Judge Howell for all pretrial proceedings. Consent cases will be handled by Magistrate Judge Howell for all purposes and in all respects. Pretrial matters in criminal cases are referred to Magistrate Judge Howell.

8. The rules for allocating criminal cases where a previous assignment has occurred are stated in Miscellaneous Order No. 3: 07-MC-61.

The Clerk is directed to serve copies of this Order to all district court judges, all magistrate judges, the United States Attorney, the Chief United States Probation Officer, the United States Marshal, all deputy clerks and all court reporters.

IT IS SO ORDERED, __22nd__ DAY OF __May__, 2007.

_____
Robert J. Conrad, Jr., Chief
United States District Court Judge

_____
Richard L. Voorhees
United States District Judge

_____
Lacy H. Thornburg
United States District Judge

_____
Frank D. Whitney
United States District Judge